1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10    RYAN FLEENOR,

11              Plaintiff,                          No. 2:09-cv-2365 MCE JFM PS

12         vs.

13    COUNTRYWIDE HOME LOANS,
      et al.,                          _____ ORDER
14
                    Defendants.
15    _____/

16              This action was referred to the undersigned pursuant to Local Rule 72-302(c)(21).

17    On August 31, 2009 and September 1, 2009, defendants filed motions to dismiss pursuant to Fed.

18    R. Civ. P. 12(b)(6).  No oppositions to the motions to dismiss have been filed.

19              Local Rule 78-230(c) provides that opposition to the granting of a motion must be

20    filed fourteen days preceding the noticed hearing date.  The Rule further provides that "[n]o party

21    will be entitled to be heard in opposition to a motion at oral arguments if written opposition to

22    the motion has not been timely filed by that party."  In addition, Local Rule 78-230(j) provides

23    that failure to appear may be deemed withdrawal of opposition to the motion or may result in

24    sanctions.  Finally, Local Rule 11-110 provides that failure to comply with the Local Rules "may

25    be grounds for imposition of any and all sanctions authorized by statute or Rule or within the

26    inherent power of the Court."

1    Good cause appearing, IT IS HEREBY ORDERED that:

2    1.  The hearing date of October 15, 2009 is vacated.  Hearing on defendants'

3 motions to dismiss (#7 & #9) is continued to November 19, 2009.

4    2.  Plaintiff shall file opposition, if any, to the motions to dismiss, no later than

5 close of business on November 2, 2009.  Failure to file opposition and appear at the hearing will

6 be deemed as a statement of non-opposition and shall result in a recommendation that this action

7 be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

8 DATED:  October 14, 2009.

9

10

11    UNITED STATES MAGISTRATE JUDGE

12

13    /001; fleenor.noop

14

15

16

17

18

19

20

21

22

23

24

25

26