IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RYAN FLEENOR,

        Plaintiff,                   No. 2:09-cv-2365 MCE JFM PS

    vs.

COUNTRYWIDE HOME
LOANS, INC., et al.,

        Defendants.            <u>ORDER</u>

_____/

        This action was removed from state court to the instant court on August 25, 2009. In his original complaint, plaintiff brought multiple claims against various private financial and real estate businesses involved with plaintiff's home mortgage. Two of these defendants, Mortgage Electronic Registration ("MERS") and Countrywide Home Loans, Inc. ("CHL") moved to dismiss all claims against it, and requested judicial notice of certain documents. Pursuant to local rule 78-230(c), plaintiff's oppositions or statements of nonopposition to these motions and request were due by September 28, 2009. Plaintiff did not file any oppositions or statements of nonopposition. Instead, on October 14, 2009, plaintiff filed a document entitled "Opposition," but which appended a proposed amended complaint that plaintiff alleges he unsuccessfully attempted to file in state court. The amended complaint essentially abandons

1  plaintiff's prior claims and adds new allegations under the Truth in Lending Act ("TILA"), 15
2  U.S.C. 1601 et seq., and the Real Estate Settlement Procedures Act ("RESPA"), 12 U.S.C.
3  § 2601 et seq.
4        The Federal Rules of Civil Procedure provide that a party may amend his or her
5  pleading "once as a matter of course at any time before a responsive pleading is served." Fed. R.
6  Civ. P. 15(a).  However, an amended or supplemental complaint supersedes the original
7  complaint.  See Loux v. Rhay, 375 F.2d 55, 57 (9th Cir. 1967).  Once an amended pleading is
8  filed, the original pleading no longer serves any function in the case.  Id.; see also E.D. Local
9  Rule 15-220.
10        Plaintiff's submission of an amended complaint moots the pending motions to
11  dismiss as they are based on plaintiff's original complaint.
12        Accordingly, IT IS HEREBY ORDERED that:
13        1. The Clerk of the Court shall remove the amended complaint from plaintiff's
14  October 13, 2009 "Opposition" (#14) and file it as an amended complaint;
15        2. The pending motions, Docket Nos. 7 & 9, and the pending request for judicial
16  notice, Docket No. 8, are denied without prejudice as moot.
17        3. The November 19, 2009 hearing date is vacated.
18  DATED:  November 10, 2009.

UNITED STATES MAGISTRATE JUDGE

/001; fleenor.moo