IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RYAN FLEENOR,

        Plaintiff,                     No. 2:09-cv-2365 MCE JFM

    vs.

COUNTRYWIDE HOME LOANS,
INC., et al.,                        ORDER

        Defendants.

                                    /

        This action was referred to the undersigned pursuant to Local Rule 302(c)(21). On November 24, 2009, defendants filed a motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6). No opposition to the motion to dismiss has been filed, either by plaintiff pro se or by his new attorney.

        Local Rule 230(c) provides that opposition to the granting of a motion must be filed fourteen days preceding the noticed hearing date. The Rule further provides that "[n]o party will be entitled to be heard in opposition to a motion at oral arguments if written opposition to the motion has not been timely filed by that party." In addition, Local Rule 230(i) provides that failure to appear may be deemed withdrawal of opposition to the motion or may result in sanctions. Finally, Local Rule 110 provides that failure to comply with the Local Rules "may be

1

grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

Good cause appearing, IT IS HEREBY ORDERED that:

1. The hearing date of January 7, 2010 is vacated. Hearing on defendants' motion to dismiss is continued to February 18, 2010.

2. The scheduling conference set for January 28, 2010 is vacated.

3. Plaintiff shall file opposition, if any, to the motion to dismiss, no later than February 3, 2010. Failure to file opposition and appear at the hearing will be deemed as a statement of non-opposition and shall result in a recommendation that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

DATED: January 5, 2010.

/s/ John F. Moulds
UNITED STATES MAGISTRATE JUDGE

001; fleenor.noop