IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RYAN FLEENOR,

        Plaintiff,                    No. 2:09-cv-2365 MCE JFM

    vs.

COUNTRYWIDE HOME LOANS, INC., et al.,

        Defendants.          <u>ORDER</u>

_____/

        This matter was initially referred to the undersigned for pretrial management because plaintiff was proceeding pro se. On November 12, 2009, plaintiff filed a first amended complaint. On November 24, 2009, defendants filed separate motions to dismiss, both scheduled for hearing before the undersigned on February 18, 2010.

        On January 19, 2010, plaintiff filed a motion for substitution of counsel. Good cause appearing, that motion is granted and plaintiff shall proceed in this matter with counsel. Pretrial matters, other than discovery motions, should now be noticed before the District Judge assigned to this action.

        Accordingly, IT IS HEREBY ORDERED that:

1. This matter is referred back to the District Judge assigned to this action.

2. All dates pending before the undersigned, including the February 18, 2010

1

hearing on the motions to dismiss, are vacated;

3. In light of the substitution of counsel, plaintiff is granted an additional thirty dates from the date of this order to file an opposition to the motions to dismiss; and

4. Defendants' motions to dismiss shall be deemed submitted on the papers.

DATED: February 16, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

014.flee2365.refer.dj